**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-09-029 |
| | § | |
| SUZANNE VOELKER | § | |
| RICARDO BELTRAN | § | |

**O R D E R**

Defendant Voelker filed an unopposed motion for continuance, (Docket Entry No. 26). Defendant Beltran is unopposed to the motion. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions to be filed by: | May 26, 2009 |
| Responses to be filed by: | June 8, 2009 |
| Pretrial conference is reset to**:** | **June 15, 2009, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **June 22, 2009, at 9:00 a.m.** |

SIGNED on March 4, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge